UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KARA JO AIKENS, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SYNCHRONY FINANCIAL d/b/a ) <br> Synchrony Bank f/k/a GE Capital Retail ) <br> Bank ) <br> ) <br> ) <br> ) <br> Defendant. ) | Case No. 1:16-cv-10886-TLL-PTM |

## NOTICE OF SETTLEMENT

Plaintiff, KARA JO AIKENS ("Plaintiff"), by and through the undersigned counsel, and hereby informs the court that a settlement of the present matter has been reached and the parties are in the process of finalizing the settlement, which Plaintiff anticipates will be finalized within the next 60 days.

Respectfully submitted,

Dated: February 9, 2017

/s/  Adam T Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Telephone:  312-578-9428
Telefax:  866-861-1390
ahill@consumerlawcenter.com
*Attorneys for Plaintiff*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 9, 2017, a true and correct copy of the foregoing was filed with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to all parties by the Court's CM/ECF system.

                                                         /s/ Adam T Hill
                                                         Adam T Hill