UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| KARA JO AIKENS,            ) | |
| )                          | |
| Plaintiff,     ) | |
| )                          | |
| v.                          ) | Case No. 1:16-cv-10886-TLL-PTM |
| )                          | |
| SYNCHRONY FINANCIAL d/b/a   ) | |
| Synchrony Bank f/k/a GE Capital Retail   ) | |
| Bank,                       ) | |
| )                          | |
| Defendant.  ) | |

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff, KARA JO AIKENS ("Plaintiff"), and Defendant, SYNCHRONY FINANCIAL d/b/a Synchrony Bank f/k/a GE Capital Retail Bank, ("Defendant"), through their counsel, stipulate that the dispute between the parties has been resolved, and the parties agree to dismiss this case, with prejudice, both sides to bear their own fees and costs. Therefore, the parties respectfully request this Honorable Court dismiss this case, with prejudice, both sides to bear their own fees and costs.

**IT IS SO ORDERED:**

Dated: April 11, 2017

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

1

Respectfully submitted,

Dated: April 11, 2017　　　　　　　　　/s/ Adam T. Hill
Adam T. Hill
KROHN & MOSS, LTD.
10 N. Dearborn St., 3rd Fl.
Chicago, Illinois 60602
Tel: (312) 578-9428
Fax: (866) 861-1390
ahill@consumerlawcenter.com
*Attorney for Plaintiff*

Dated: April 10, 2017　　　　　　　　　Respectfully Submitted,

By:/s/ Alan J. Taylor
Alan J. Taylor
Segal, McCambridge, Singer & Maloney
39475 Thirteen Mile Rd., Suite 203
Novi MI, 48377
Tel: (248) 994-0063
Fax: (248) 994-0061
ataylor@smsm.com
*Attorney for Defendant*

---

PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 11, 2017.

　　　　　　　　　s/Kelly Winslow for
　　　　　　　　　MICHAEL A. SIAN, Case Manager